**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6438**

---

AMIL ALFRED DINSIO, SR., a/k/a Amil Dinsio,

                                        Plaintiff - Appellant,

        versus

JAMES WHITTINGTON, Vice President of United
Carolina Bank; THE UNITED CAROLINA BANK; RAY
BERNARD, F.B.I. Agent; CARL HORN, III, U.S.
Magistrate,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CA-94-375-3-P)

---

Submitted:  May 16, 1996                    Decided:  June 6, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Amil Alfred Dinsio, Sr., Appellant Pro Se.  Bentford E. Martin, BLAIR, CONAWAY, BOGRAD & MARTIN, Charlotte, North Carolina; James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his second motion for reconsideration of the court's dismissal of his civil action for violations of Fed. R. Civ. P. 11. We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. <u>Dinsio v. Whittington</u>, No. CA-94-375-3-P (W.D.N.C. Sept. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>